

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00405-CV

IN RE TRACI LEIGH DILLARD, RELATOR

OPINION ON ORIGINAL PROCEEDING FOR WRIT OF MANDAMUS

November 27, 2018

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Relator, Traci Leigh Dillard, proceeding *pro se*, filed a petition for writ of mandamus in the above-referenced cause.[1]  By letter dated November 14, 2018, this court advised Dillard that the required filing fee of $155 did not accompany the filing of her petition for writ of mandamus.  *See* TEX. R. APP. P. 12.1(b).  Said letter directed her to pay the required filing fee by November 26, 2018, or the proceeding would be subject to dismissal without further notice.  On November 15, 2018, Dillard filed a response to the court's letter indicating that she is not required to pay filing fees because she is a "sovereign" or

---

[1] On November 10, 2018, Dillard filed several documents with this court, including a document titled "Seeking Enforcement of Judgment of Unrebutted Affidavit, Writ of Execution and for Return of My Biological Property that I Named Lainey-Micah of Family Bell."  We have construed her filings as a single petition for writ of mandamus.

"natural" person.  To date, Dillard has not paid the filing fee or sought leave to proceed without the payment of costs due to indigency.  *See* TEX. R. APP. P. 20.1.

Because Dillard failed to comply with a requirement of the appellate rules and a notice from the clerk requiring action within a specified time, we dismiss her petition for writ of mandamus.  *See* TEX. R. APP. P. 42.3(c).


Per Curiam